IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 08-41062 |
| | ) | |
| BOWERS, Jason R. | ) | HON. KAY WOODS |
| BOWERS, Dawn M. | ) | |
| | ) | CHAPTER 7 |
| DEBTORS. | ) | |

## DIVIDENDS LESS THAN $5.00

Pursuant to 11 U.S.C. Section 347 and Bankruptcy Rule 3010, the herein Trustee has dividend distributions less than $5.00 and is submitting a check herewith payable to Clerk, United States Bankruptcy Court, Check Number 113 in the amounts listed below.

The dividend relates to the following claimant:

| Claimant: | Amount: |
|---|---|
| Ashley Funding Services LLC (two separate claims - $2.48 + .64¢) | $3.12 |

/s/ Mark A. Beatrice
MARK A. BEATRICE, Trustee    (#0011003)
201 E. Commerce Street
Youngstown, OH  44503-1641
(330) 743-1171
(330) 743-1190 (Fax)

{M0259481.1 }